PERCY SUMMER CLUB *v.* WELCH.

A bill in equity for an injunction against the public fishery in North pond (in the town of Stark) cannot be maintained by the littoral proprietors.

BILL IN EQUITY, for an injunction forbidding the defendant's fishing in North pond in Stark. There was a temporary injunction which the defendant moved to dissolve.

*O. Ray*, for the plaintiffs.

*Ladd & Fletcher*, for the defendant.

DOE, C. J. The bill cannot be maintained. *Concord Mfg. Co.* v. *Robertson*, ante, *p.* 1; *State* v. *Welch*, ante, *p.* 178.

*Injunction dissolved and bill dismissed.*

CARPENTER and BINGHAM, JJ., did not sit: the others concurred.